HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950
victor.chavez@fd.org

Attorney for Defendant
BARTOLO ALCAUTA-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00262 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUE CHANGE OF<br>) PLEA HEARING; ORDER |
| vs. | ) |
| | ) Date: November 18, 2013 |
| BARTOLO ALCAUTA-RUIZ, | ) Time: 8:30 a.m. |
| | ) Judge: Hon Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Bartolo Alcauta-Ruiz, that the change of plea hearing set for October 7, 2013 before Judge O'Neill, **may be rescheduled to November 18, 2013.**

The requested continuance is necessary to consult with State authorities in order to finalize the plea agreement. The requested continuance will conserve time and resources for both parties and the court.

///

///

///

Stipulation to Continue Change of Plea Hearing         -1-

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated: October 3, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

Dated: October 3, 2013

HEATHER E. WILLIAMS
Federal Defender

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
BARTOLO ALCAUTA-RUIZ

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

DATED: October 3, 2013

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court
Eastern District of California