1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  BARTOLO ALCAUTA-RUIZ

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )  Case No.  1:13-CR-00262 LJO-SKO
                                           )
12                  Plaintiff,             )  **STIPULATION AND ORDER CONTINUING**
                                           )  **HEARING**
13        vs.                              )
                                           )
14  BARTOLO ALCAUTA-RUIZ,                  )  Date:  January 21, 2014
                                           )  Time:  10:00 A.M.
15                  Defendant.             )  Judge: Hon. Lawrence J. O'Neill
                                           )
16  _____   )

17

18        **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel, Assistant United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and

20  Assistant Federal Defender, Victor M. Chavez, Counsel for Defendant Bartolo Alcauta-Ruiz,

21  that the change of plea hearing set for November 18, 2013 before Judge O'Neill, **may be**

22  **rescheduled to January 21, 2014.**

23        Defendant seeks this stipulation to permit him to complete preparation for his change of

24  plea and sentencing. The requested continuance will conserve time and resources for both parties

25  and the court.

26  ///

27  ///

28

                                                1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 14, 2013     By:     */s/ Mia A. Giacomazzi*
MIA A. GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: November 14, 2013     By:     */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
BARTOLO ALCAUTA-RUIZ

**O R D E R**

IT IS SO ORDERED.

Dated:   **November 14, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE